UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHELLE PRZYBOCKI; KETAN VAKIL; GOURMEND FOODS, LLC,

Plaintiffs - Appellants,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS; UNITED STATES DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE; TREY FORSYTH; UNITED STATES FOOD AND DRUG ADMINISTRATION; KYLE DIAMANTAS, Acting Commissioner, U.S. Food and Drug Administration,

Defendants - Appellees.

No. 24-7174

D.C. No.
2:23-cv-00455-ART-DJA

District of Nevada,
Las Vegas

MANDATE

The judgment of this Court, entered August 03, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT